```
          IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
             MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ETHEL L. McCALL and | ) | |
| GEORGE R. McCALL, | ) | |
| | ) | |
|     Debtors. | ) | |
| | ) | |
| ETHEL L. McCALL and | ) | |
| GEORGE R. McCALL, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:15cv833-MHT |
| | ) | (WO) |
| HOUSEHOLD FINANCE | ) | |
| CORPORATION OF ALABAMA and | ) | |
| HSBC MORTGAGE SERVICES, | ) | |
| INC., | ) | |
| | ) | |
|     Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) The objection (doc. no. 1-3) filed by plaintiffs Ethel L. McCall and George R. McCall is overruled.

(2) The United States Bankruptcy Judge's recommendation (doc. no. 1-1) is adopted.

(3) The motion to dismiss (doc. no. 1-6) filed by defendants Household Finance Corporation of Alabama and HSBC Mortgage Services, Inc., is granted, and counts II through V of the adversary proceeding are dismissed.

(4) This matter is referred back to the bankruptcy judge for further appropriate proceedings.

This case is closed in this court.

DONE, this the 29th day of July, 2016.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE